LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
PEDRO CARBAJAL-OSORIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PEDRO CARBAJAL-OSORIO,<br><br>        Defendant. | Case No.: 2:14-CR-0150 JAM<br><br>STIPULATION AND ORDER VACATING STATUS CONFERENCE, SETTING TRIAL CONFIRMATION HEARING DATE, AND SETTING BRIEFING SCHEDULE FOR PRE-TRIAL MOTION<br><br>Date:     October 21, 2014<br>Time:    9:30 a.m.<br>Court:   Hon. John A. Mendez |

     This matter is presently set for a status conference before the Court on September 9, 2014, with a previously-scheduled jury trial date of November 10, 2014. The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Nirav K. Desai, and Defendant Pedro Carbajal-Osorio by and through his attorney Todd D. Leras, request that the Court vacate the September 9 status conference and set a trial confirmation hearing for October 21, 2014, at 9:30 a.m. The parties further request that the Court set a briefing schedule for pre-trial motions as set forth below:

ORDER VACATING STATUS
CONFERENCE AND SETTING
TRIAL CONFIRMATION/BRIEFING
SCHEDULE

1. Defendant's pre-trial motion to be filed on or before September 23, 2014;

2. Government's opposition brief to any motion to be filed on or before October 7, 2014;

3. Defendant's reply brief in support of the motion, if any, to be filed by October 14, 2014; and

4. A non-evidentiary hearing as to the motion to be set for October 21, 2014 in conjunction with the requested Trial Confirmation Hearing.

Although filing of the motion results in the exclusion of time under 18 U.S.C. § 3161(h)(1)(D), defense counsel needs additional preparation time to complete legal research, prepare the motion, and conduct investigation for the jury trial. Both parties therefore request an exclusion of time under the Speedy Trial Act and the corresponding local code for attorney preparation for the period from September 9, 2014, up to and including October 21, 2014.

Assistant U.S. Attorney Nirav Desai has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: September 5, 2014

By   Todd D. Leras for
     NIRAV K. DESAI
     Assistant United States Attorney

DATED: September 5, 2014

By   /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     Pedro Carbajal-Osorio

ORDER VACATING STATUS CONFERENCE AND SETTING TRIAL CONFIRMATION/BRIEFING SCHEDULE

ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for September 9, 2014, is vacated. A trial confirmation hearing is set for October 21, 2014, at 9:30 a.m. The Court adopts the briefing schedule for the pre-trial motion proposed by the parties. The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation for the period from September 9, 2014, up to and including October 21, 2014. Time shall also be excluded upon filing of the pre-trial motion pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E.

DATED: September 5, 2014

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

ORDER VACATING STATUS CONFERENCE AND SETTING TRIAL CONFIRMATION/BRIEFING SCHEDULE