BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>PEDRO CARBAJAL-OSORIO,<br><br>            Defendant. | CASE NO.  2:14-CR-0150 JAM<br><br>STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE<br><br>DATE:  October 21, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, the Court set a briefing schedule for defendant's pretrial motion, with a hearing date of October 21, 2014 (dkt. no. 16).

2.      By this stipulation, the government requests to amend the briefing schedule as set forth below and continue the hearing on defendant's motion to the first day of trial, November 10, 2014.  The reason for the continuance is that government's counsel, AUSA Nirav Desai, will be out of the office for personal leave and will be unable to address defendant's motion between September 18, 2014, and October 19, 2014.  The parties request to retain the Trial Confirmation Hearing on October 21, 2014.

3.      The proposed amended briefing schedule is as follows:

        a)      Defendant's pre-trial motion to be filed on or before September 23, 2014;

  b) Government's opposition brief to any motion to be filed on or before October 28, 2014;

  c) Defendant's reply brief in support of the motion, if any, to be filed by November 3, 2014; and

  d) A non-evidentiary hearing as to the motion to be set for November 10, 2014, prior to the commencement of trial.

4. The defendant's undersigned counsel has no objection to the proposed amended briefing schedule and continuance of the hearing date.

IT IS SO STIPULATED.

Dated:  September 12, 2014                                    BENJAMIN B. WAGNER
                                                              United States Attorney


                                                              /s/ NIRAV K. DESAI
                                                              NIRAV K. DESAI
                                                              Assistant United States Attorney


Dated:  September 12, 2014                                    /s/ Nirav Desai for Todd D.
                                                              Leras (as authorized on
                                                              September 12, 2014)
                                                              TODD D. LERAS, ESQ.
                                                              Counsel for Defendant

### ORDER

The parties' stipulation amending the briefing schedule on defendant's pretrial motion is hereby approved, and the amended briefing schedule proposed by the parties in the stipulation above is hereby adopted.

IT IS SO ORDERED.


DATED:  September 12, 2014

                                                              /s/ John A. Mendez
                                                              THE HONORABLE JOHN A. MENDEZ
                                                              UNITED STATES DISTRICT JUDGE