LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
PEDRO CARBAJAL-OSORIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PEDRO CARBAJAL-OSORIO,<br><br>　　　　Defendant. | Case No.: 2:14-CR-0150 JAM<br><br>STIPULATION AND ORDER VACATING BRIEFING SCHEDULE<br><br>Date:　　October 21, 2014<br>Time:　　9:30 a.m.<br>Court:　　Hon. John A. Mendez |

　　　　This matter is presently set for a Trial Confirmation Hearing before the Court on October 21, 2014, with a previously-scheduled jury trial date of November 10, 2014.  The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Nirav K. Desai, and Defendant Pedro Carbajal-Osorio by and through his attorney Todd D. Leras, request that the Court vacate the previously set pre-trial motion deadline and briefing schedule proposed by the parties.

　　　　On Friday, September 19, 2014, the government provided defense counsel with additional information about the case.  Specifically, the government notified defense counsel of proposed changes to the present charging

ORDER VACATING PRE-TRIAL
MOTION DEADLINE AND
BRIEFING SCHEDULE

1  document.  This information appears to render moot the proposed pre-trial motion defense counsel had previously

2  discussed with government counsel.  In the interest of judicial economy, the parties propose vacating the briefing

3  deadline and schedule without prejudice to the filing of appropriate pre-trial motions once a Superseding Indictment

4  or other charging document is filed in this matter.  Defense counsel affirms previous representations about the need

5  for additional time to research, prepare, and investigate this matter, supporting an exclusion of time for attorney

6  preparation within the meaning of the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(B)(4)).

7  The parties are not at this time requesting any change in the Jury Trial scheduled for November 10, 2014.

8  Assistant U.S. Attorney Nirav Desai has reviewed this proposed order and authorized Todd Leras to sign it

9  on his behalf.

10

11  DATED:  September 22, 2014

By   Todd D. Leras for
12  NIRAV K. DESAI
Assistant United States Attorney

13  DATED:  September 22, 2014

By   /s/ Todd D. Leras
14  TODD D. LERAS
Attorney for Defendant
15  Pedro Carbajal-Osorio

27  ORDER VACATING PRE-TRIAL
    MOTION DEADLINE AND
28  BRIEFING SCHEDULE

ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the pre-trial motion deadline and briefing schedule set in this matter is vacated without prejudice. The Trial Confirmation Hearing set for October 21, 2014, at 9:30 a.m., is confirmed. Time has previously been excluded for attorney preparation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, up to and including October 21, 2014. The previous-finding in support of the time exclusion is confirmed.

DATED: September 22, 2014

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER VACATING PRE-TRIAL
MOTION DEADLINE AND
BRIEFING SCHEDULE