LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
PEDRO CARBAJAL-OSORIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-0150 JAM |
| Plaintiff, | |
| vs. | JOINT REQUEST AND ORDER TO MODIFY SCHEDULE FOR FILING TRIAL DOCUMENTS |
| PEDRO CARBAJAL-OSORIO, | Jury Trial Date: March 4, 2015 |
| Defendant. | Court: Hon. John A. Mendez |

This matter is presently set for a jury trial scheduled to begin on March 4, 2015. A Trial Confirmation Hearing (TCH) was held on January 20, 2015. At the time of the TCH, the matter was set for jury trial on February 23, 2015. The Court informed the parties that it might have a trial scheduling conflict potentially requiring the need to re-set the matter if that conflict materialized. The Court further set deadlines for filing motions in limine, proposed voir dire questions, trial briefs, verdict forms, proposed jury instructions, and witness lists on February 13, 2015, and responses to motions in limine by February 16, 2015. The Court later issued a minute order re-scheduling the jury trial to March 4, 2015. That order did not modify the previously set deadlines for filing trial documents in the case.

JOINT REQUEST AND
PROPOSED ORDER
MODIFYING TRIAL
DOCUMENT FILING DEADLINES

The parties to this action have continued to meet and confer regarding stipulations as to facts and resolution of potential evidentiary issues in this case. The parties believe that a brief extension of the filing deadlines in this case will facilitate the resolution of some of these matters and the elimination of issues needed to be resolved through formal motions. The parties therefore jointly request a modification of the time for filing trial documents in the case as follows:

> Motions In Limine, Trial Briefs, Proposed Verdict Forms, Proposed Jury Instructions, Witness Lists, Exhibit Lists, and Proposed Voir Dire Questions – February 17, 2015.
>
> Responses to Motions in Limine
> -February 20, 2015

The proposed time extensions are consistent with the timing of pre-trial document deadlines set for the original February 23rd jury trial date. The parties believe that the brief extension will facilitate their continued cooperation in narrowing the number of issues to be addressed by the Court. Assistant U.S. Attorney Nirav Desai has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: February 12, 2015

By   Todd D. Leras for
     NIRAV K. DESAI
     Assistant United States Attorney

DATED: February 12, 2015

By   /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     Pedro Carbajal-Osorio

JOINT REQUEST AND PROPOSED ORDER MODIFYING TRIAL DOCUMENT FILING DEADLINES

ORDER

BASED ON THE REPRESENTATIONS AND JOINT REQUEST OF THE PARTIES, it is hereby ordered that the deadlines for filing of trial documents in the case is modified as set forth in the joint request.

Proposed voir dire questions, motions in limine, proposed jury instructions, witness lists, proposed verdict forms, exhibit lists, and trial briefs to be filed by February 17, 2015.  Responses to motions in limine to be filed by February 20, 2015.

IT IS SO ORDERED.

DATED: February 12, 2015

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

JOINT REQUEST AND PROPOSED ORDER MODIFYING TRIAL DOCUMENT FILING DEADLINES