BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
JARED C. DOLAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO CARBAJAL-OSORIO,<br><br>Defendant. | CASE NO. 2:14-CR-0150 JAM<br><br>STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE<br><br>DATE: March 4, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, Todd D. Leras, Esq., hereby stipulate as follows:

1. This matter is set for trial on March 4, 2015, with motions in limine to be heard that day.

2. By previous order, the Court set a briefing schedule for the filing of motions in limine, which required oppositions to motions in limine be filed on or before February 20, 2015 (dkt. no. 28).

3. By this stipulation, and in light of recent discussions among the parties regarding potential resolution of the case prior to trial, the government requests to amend the briefing schedule so that its deadline to file oppositions to the defendant's motions in limine would be continued to February 24, 2015. The proposed time extension is consistent with the timing of pre-trial document deadlines that would otherwise be set for a March 4, 2015 jury trial date.

4. The defendant's undersigned counsel has no objection to the proposed amended briefing schedule.

IT IS SO STIPULATED.

Dated: February 19, 2015                           BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   /s/ NIRAV K. DESAI
                                                   NIRAV K. DESAI
                                                   JARED C. DOLAN
                                                   Assistant United States Attorneys

Dated: February 19, 2015                           /s/ Nirav Desai for Todd D. Leras (as authorized on February 19, 2014)
                                                   TODD D. LERAS, ESQ.
                                                   Counsel for Defendant

### ORDER

The parties' stipulation amending the briefing schedule on the government's oppositions to the defendant's motions in limine is HEREBY APPROVED. The government shall file its oppositions to the defendant's motions in limine on or before February 24, 2015.

IT IS SO ORDERED.

DATED: February 20, 2015

                                                   /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
                                                   UNITED STATES DISTRICT COURT JUDGE