LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
PEDRO CARBAJAL-OSORIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>PEDRO CARBAJAL-OSORIO,<br><br>          Defendant. | Case No.: 2:14-CR-0150 JAM<br><br><br>ORDER RELEASING DEFENDANT TO THE CUSTODY OF IMMIGRATION AND CUSTOM ENFORCEMENT OFFICIALS |

On March 17, 2015, the Honorable John A. Mendez, United States District Judge, sentenced defendant Pedro Carbajal-Osorio following a guilty plea to time-served for a violation of 18 U.S.C. § 922(g)(5) – Alien Unlawfully in the United States in Possession of a Firearm. Defendant remains subject to an Immigration and Customs Enforcement (ICE) detainer based on his alleged unlawful presence in the United States.

Based on the imposition of a time-served sentence, it is hereby ordered that Defendant

ORDER AUTHORIZING RELEASE
OF DEFENDANT TO ICE OFFICIALS

Pedro Carbajal-Osorio is to be delivered to ICE officials pursuant to the immigration detainer. The U.S. Marshal is authorized to release Pedro Carbajal-Osorio to ICE officials immediately for appropriate action on the immigration detainer.

    IT IS SO ORDERED.

DATED: March 18, 2015

                                            /s/ John A. Mendez
                                            HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT
                                            JUDGE

ORDER AUTHORIZING RELEASE
OF DEFENDANT TO ICE OFFICIALS